## MORA *v.* R. VALDECILLA HERMANOS & CA.

CASACIÓN procedente de la Corte de Distrito de Ponce.

No. 38.—Resuelto en Febrero 4, 1903.

CASACIÓN.—El recurso de casación solo procede contra las sentencias definitivas.

ID.—ACUMULACIÓN DE ACCIONES.—Una resolución admitiendo ó denegando la acumulación de un pleito á otro no tiene el carácter de definitiva á los efectos de proceder contra ella recurso de casación.

EXPOSICIÓN DEL CASO.

*Resultando:* que Don Ramón Mora, en representación de su hermana Doña Magdalena Mora de Vazquez, promovió juicio ante el Tribunal de Distrito de Ponce, en 10 de Julio de 1901, contra la Sociedad mercantil de aquella plaza "R. Valdecilla Hermanos y Ca." sobre nulidad de lo convenido en acto de conciliación celebrado entre ambas partes, ante el Juez Municipal de dicha Ciudad, en 27 de Junio anterior, y posteriormente á esa fecha, ó sea, en 21 de Noviembre del mismo año, inició otro juicio, ante el propio Tribunal, para que se declarara nulo el referido acto de conciliación.

*Resultando:* que encontrándose el primero de dichos juicios ya señalado para celebrarse el acto oral, y el segundo en estado de proponer pruebas, solicitó Don Ramón Mora

## MORA v. VALDECILLA HERMANOS & CO.

APPEAL in cassation from the District Court of Ponce.

No. 38.—Decided February 4, 1903.

STATEMENT OF THE CASE.

acumulación del más moderno al más antiguo; y el Tribunal de Distrito de Ponce, por auto de 5 de Marzo del año próximo pasado, ordenó la acumulación solicitada.

*Resultando:* que contra esa resolución ha interpuesto la Sociedad "R. Valdecilla Hermanos y Ca." recurso de casación por infracción de ley, como autorizado en el caso 1? del Artículo 1690 de la Ley de Enjuiciamiento Civil, por los motivos que ha alegado en apoyo de su pretensión.

Abogado del recurrente: *Sr. Alvarez Nava.*

Abogado del recurrido: *Sr. Texidor.*

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal:

*Considerando:* que el auto recurrido no merece el concepto de definitivo, á tenor de lo preceptuado en el número 1 del artículo 1688 de la Ley de Enjuiciamiento Civil, toda vez que no pone término á los pleitos de que se trata, ni impide su continuación, llévese ó nó á efecto la acumulación de los mismos, y que por tanto no cabe discutir y resolver el presente recurso:

*Fallamos:* que debemos declarar y declaramos no haber lugar á resolver el recurso de casación interpuesto á nombre de R. Valdecilla Hermanos y Ca., á cuya sociedad condenamos en las costas; y con devolución de los autos comuníquese esta resolución al Tribunal de Distrito de Ponce, á los efectos procedentes.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.